IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 01-cv-00693-LTB-BNB

TY REX, LLC,

Plaintiff,

v.

MARK NEWMAN and JAPHETH B. BOYCE, individually and d/b/a RJB ROCK SHOP,
TRANS UNION GEN & MINERAL, INC.,
KAREN NEWMAN,
JOHN C. BOLAN,
ROBERT L. STODDARD, and
GAIL L. STODDARD,

Defendants,

MARK NEWMAN and
JAPHETH B. BOYCE,

Defendants and Third Party Plaintiffs,

v.

JEFFREY S. MILLER,

Third Party Defendant.
_____

# ORDER
_____

Pursuant to an order entered August 23, 2005, this matter was set for a supplemental scheduling conference this morning at 8:30 a.m. Counsel for defendants Mark and Karen Newman, Boyce, and Trans Union appeared. Counsel for the plaintiff and third-party defendant failed to appear but was contacted by the court at the time of the hearing. No appearance was

made for defendants Robert and Gail Stoddard. Defendant Bolan was dismissed from the case by an order entered June 12, 2003.

IT IS ORDERED that the supplemental scheduling conference is reset to **September 30, 2005, at 8:30 a.m.**, Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. If the parties believe that a supplemental scheduling order is necessary, they shall prepare one and submit it to the court on or before **September 27, 2005**.

Dated September 16, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge