IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.  01-cv-00693-LTB-BNB

TY REX, LLC,

    Plaintiff,

v.

MARK NEWMAN; JAPHETH B. BOYCE, individually and d/b/a RJB ROCK SHOP; TRANS UNION GEN & MINERAL, INC.; KAREN NEWMAN; JOHN C. BOLAN; ROBERT L. STODDARD; and GAIL L. STODDARD,

    Defendants,

and

MARK NEWMAN and JAPHETH B. BOYCE,

    Third Party Plaintiffs,

v.

JEFFREY S. MILLER,

    Third Party Defendant.

_____

## ORDER
_____

    By agreement and stipulation filed with the court on December 8, 2005, the parties have stipulated to the resolution of their disputes arising out their June 10, 2003 settlement agreement and to dismissal of this case. Accordingly, it is ORDERED that all claims against all parties are DISMISSED, with all parties to bear their own costs.

Dated: December   8  , 2005, in Denver, Colorado.

                                                BY THE COURT:

                                                 s/Lewis T. Babcock
                                               Lewis T. Babcock, Chief Judge